**Report and Order Terminating Probation**
**Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket No:   6:14MJ00124-001** |
| | ) | |
| **Manuel Noriega** | ) | |
| | ) | |

On March 4, 2015, the above-named was sentenced to Probation for a period of 3 years. Supervision commenced on March 4, 2015.

On April 26, 2016, this office was notified by the offender's sister that Manuel Noriega had passed away.   A Certificate of Death, obtained from Madera County Clerk-Recorder's Office, confirmed Manuel Noriega's death on April 25, 2016 (copy of the notification is on file).   It is accordingly recommended this case be closed.

Respectfully submitted,

/s/Marlene DeOrian
Marlene DeOrian
Sr. United States Probation Officer

Dated:    June 22, 2016
Fresno, California
MKD

/s/ Jose Pulido SrUSPO        for

**REVIEWED BY:**    **Timothy D. Mechem**
**Supervising United States Probation Officer**

1

PROB 35A DEATH (ED/CA)

Re:    **Manuel Noriega**
       **Docket No:    6:14-00124M**
       **Report and Order Terminating Probation**
       <u>**Prior To Original Expiration Date - Notice of Death**</u>

---

# ORDER OF COURT

It appearing that Manuel Noriega is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:   <u>  June 23, 2016  </u>    <u> /s/ *Michael J. Seng* </u>
                                        UNITED STATES MAGISTRATE JUDGE

Rev. 06/2015
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).DOTX